IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL JAMES SOLINSKY,<br><br>    Defendant. | No. CR 03-20144-JW<br><br>**ORDER RETURNING PASSPORT** |

Defendant, Samuel James Solinsky, having been sentenced on April 4, 2005, and his term of incarceration completed as of February 26, 2008,

IT IS HEREBY ORDERED that defendant's United States of America passport be returned to him.

**IT IS SO ORDERED.**

Dated: 11/22/11

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE